JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEYEDEHSHADI ARABZADEH, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | No. 2:23-cv-05470-JLS-MRW <br><br> **ORDER RE:** <br> **JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION (Doc. 12)** |

1 | Having read and considered the Joint Stipulation to Stay Case Pending
2 | Adjudication of Application submitted by the parties, and finding good cause therefor,
3 |     IT IS HEREBY ORDERED that the instant action shall be stayed until October 4,
4 | 2024.  No later than that date, Plaintiff shall file a notice of dismissal or status report in
5 | the action.

7 | Dated:  September 28, 2023

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE